IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROLD WASHINGTON | : | CIVIL ACTION |
| v. | : | |
| NATIONAL RAILROAD PASSENGER CORP. | : | NO. 02-4451 |

**O R D E R**

AND NOW, this 24th day of April, 2003, it is Ordered that a conference on plaintiff's motion to compel will be held on May 7, 2003 at 11:00 a.m. in chambers.

ATTEST:                                or     BY THE COURT


BY: Michael Owens
    Deputy Clerk                              CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)