IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEROLD WASHINGTON,** | : | Civil Action No. 02-4451 |
| Plaintiff, | : | The Honorable Clifford Scott Green |
| v. | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK,** | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCES

Kindly enter the appearances of William J. Delany and Paul C. Evans on behalf of Defendant National Railroad Passenger Corporation ("Amtrak") in the above-captioned matter.

/s/ Paul C. Evans
William J. Delany (I.D. #74864)
Paul C. Evans (I.D. #84535)
1701 Market Street
Morgan, Lewis & Bockius LLP
Philadelphia, Pennsylvania 19103
(215) 963-5000

Attorneys for Defendant
National Railroad Passenger Corporation

Date:   February 4, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 4th day of February, 2004, I caused to be served via U.S. Mail a true and correct copy of the Entry of Appearance of William J. Delany and Paul C. Evans, upon the following:

> Armando A. Pandola, Esquire
> 400 Sterling Commerce Center
> 1819 JFK Blvd.
> Philadelphia, PA 19103
>
> Attorney for Plaintiff

 

> /s/ Paul C. Evans
> Paul C. Evans