IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROLD WASHINGTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER CORP. | : | NO. 02-4451 |

**O R D E R**

      AND NOW, this 4th day of February, 2004 , it is Ordered that an oral argument on the motion for summary judgment will be held on February 19, 2004 at 10 :00 a.m. in Courtroom 15-B.

ATTEST:                             or     BY THE COURT

BY: _Michael Owens_
    Deputy Clerk                          CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)