EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROLD WASHINGTON, | Civil Action No. 02-4451 |
| Plaintiff, | The Honorable Clifford Scott Green |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK, | |
| Defendant. | |

**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF'S COMPLAINT AND FIRST AMENDED COMPLAINT**

It is hereby stipulated by and between counsel for Plaintiff Jerold Washington and counsel for Defendant National Railroad Passenger Corporation that Plaintiff agrees to voluntarily dismiss with prejudice his Complaint and First Amended Complaint.

Armando A. Pandola, Jr. (I.D. #27608)
400 Sterling Commerce Center
1819 JFK Boulevard
Philadelphia, PA 19103
(215) 568-5010

Attorney for Plaintiff
Jerold Washington

Dated: 5-4-04

William J. Delany (I.D. #74864)
Paul C. Evans (I.D. #84535)
1701 Market Street
Morgan, Lewis & Bockius LLP
Philadelphia, Pennsylvania 19103
(215) 963-5000

Attorneys for Defendant
National Railroad Passenger Corporation

Dated: 8-18-04

**APPROVED AND SO ORDERED THIS** _____ **DAY OF** _____ **2003.**

_____
Honorable Clifford Scott Green